## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MAX PIZARRO ORTIZ | : | |
| | : | |
| | : | |
| Plaintiff, | : | Case No. 10-3538 (PGS) |
| | : | |
| v. | : | **ORDER ON APPLICATION** |
| | : | **TO PROCEED WITHOUT** |
| COMMISSIONER OF SOCIAL | : | **PREPAYMENT OF FEES** |
| SECURITY | : | |
| | : | |
| Defendant. | : | |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915; it is on this ~~28th day of June 2010~~ 15 day of July 2010

**ORDERED** that the application is:

  _X_   GRANTED, and the clerk is directed to file the complaint; and

**IT IS FURTHER ORDERED** that the clerk issue summons to be served by the plaintiff's attorney upon defendants with copies of the Complaint and this Order.

  _____   DENIED, for the following reasons:

  _____

  _____

  _____

  PETER G. SHERIDAN, U.S.D.J.