UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MAX PIZARRO ORTIZ | : | |
| | : | |
| Plaintiff, | : | Case No. 10-3538 (PGS) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | |
| | : | |
| Defendant. | : | |

The Court having granted Plaintiff's application to proceed without prepayment of fees under 28 U.S.C. §1915 by order dated July 15, 2010 and Plaintiff's attorney having requested that the U.S. Marshal serve the Complaint pursuant to Fed. R. Civ. P. 4(c)(3) in a letter dated July 16, 2010;

IT IS on this 20th day of July, 2010

ORDERED that the clerk issue summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the defendant(s) as directed by Plaintiff. All costs of service shall be advanced by the United States.

_____
PETER G. SHERIDAN, U.S.D.J.